L. Bryant Jaquez, Esq. (SBN 252125)
Adam P. Thursby, Esq. (SBN 318465)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1033
Fax: (949) 427-2732
bjaquez@ghidottiberger.com

Attorney for Creditor,
U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>Josephine Antolin<br><br>Debtor(s). | Chapter 13<br><br>BK Case No.: 17-22030<br><br>WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE (RELATED TO CLAIM NO. 6) |

U.S. Bank Trust National Association, as Trustee of the Bungalow Series III Trust, hereby withdraws its Notice of Mortgage Payment Change –Related to Claim No. 6, filed on July 13, 2019.

Dated: April 15, 2020              /s/ Lemuel Bryant Jaquez
                                   Attorney for U.S. Bank Trust National Association, as
                                   Trustee of the Bungalow Series III Trust