**Fill in this information to identify the case:**

Debtor 1    Josephine Antolin

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern    District of CA
(State)

Case number   17-22030

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 8 3

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: Tax Advances | 11/19/18 | (11) | $ 3403.56 |
| 12. Other. Specify: Insurance Advances | 10/5/18, 11/8/18, 11/9/18 | (12) | $ 1846.00 |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2      **Notice of Postpetition Mortgage Fees, Expenses, and Charges**      page 1

Debtor 1   **Josephine Antolin**
First Name   Middle Name   Last Name

Case number *(if known)* 17-22030

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves
Signature

Date 4 / 10 / 2019

Print: **Michelle**   **R.**   **Ghidotti-Gonsalves**
First Name   Middle Name   Last Name

Title **Authorized Agent**

Company **Ghidotti|Berger LLP**

Address **1920 Old Tustin Avenue**
Number   Street
**Santa Ana**   **CA**   **92705**
City   State   ZIP Code

Contact phone (**949**) **427** – **2010**

Email **mghidotti@ghidottiberger.com**

```
                              Tax breakdown ███████

♀

  BSI Financial Services                                      PAGE        1
  314 S Franklin St. / Second Floor                           DATE 04/10/19
  PO Box 517
  Titusville           PA 16354
                                             HISTORY FOR ACCOUNT ████████

      --------- MAIL -------------------- --------- PROPERTY ----------------

      JOSEPHINE R ANTOLIN

      1032 STERLING ST                      1032 STERLING STREET

        VALLEJO            CA 94591          VALLEJO             CA 94591

   ------ DATES ------  ---- CURRENT BALANCES -----  ------- UNCOLLECTED -------
  PAID TO   06/01/17  PRINCIPAL         71581.37  LATE CHARGES        -892.99
  NEXT DUE  07/01/17  ESCROW           -12614.79  OPTIONAL INS           0.00
  LAST PMT  04/08/19  UNAPPLIED FUND    1896.77  INTEREST               0.00
  AUDIT DT  06/08/18  UNAPPLIED CODES        *   FEES               -1332.54
                      BUYDOWN   FUND        0.00  ------ YEAR TO DATE -------
     LAST ACTIVITY    BUYDOWN   CODE            INTEREST              974.27
         04/09/19                               TAXES                   0.00
  ----------------------------------------------------------------------------

  POST  TRN  DUE      TRANSACTION    PRINCIPAL     INTEREST      ESCROW
  DATE  CDE  DATE      AMOUNT         PAID          PAID          PAID
  ------ --- ------  --------------- ------------- ------------- -------------
  111918 E90 010117    -3403.56  PAYEE = 0048.00000            TELLER 32687




  END OF HISTORY

  TAX BKR ██████
```

```
                              Insurance breakdow ▓▓▓▓▓▓
  ♀

  BSI Financial Services                                       PAGE        1
  314 S Franklin St. / Second Floor                            DATE 04/10/19
  PO Box 517
  Titusville             PA 16354
                                              HISTORY FOR ACCOUNT ▓▓▓▓▓▓

        --------- MAIL -------------------- --------- PROPERTY ----------------

     JOSEPHINE R ANTOLIN

     1032 STERLING ST                        1032 STERLING STREET

        VALLEJO             CA 94591           VALLEJO              CA 94591

     ------ DATES ------  ---- CURRENT BALANCES -----  ------- UNCOLLECTED -------
  PAID TO   06/01/17   PRINCIPAL         71581.37   LATE CHARGES        -892.99
  NEXT DUE  07/01/17   ESCROW           -12614.79   OPTIONAL INS           0.00
  LAST PMT  04/08/19   UNAPPLIED FUND     1896.77   INTEREST               0.00
  AUDIT DT  06/08/18   UNAPPLIED CODES        *     FEES               -1332.54
                       BUYDOWN   FUND        0.00   ------ YEAR TO DATE -------
     LAST ACTIVITY     BUYDOWN   CODE              INTEREST              974.27
        04/09/19                                   TAXES                   0.00
  ------------------------------------------------------------------------------

  POST   TRN  DUE      TRANSACTION      PRINCIPAL      INTEREST       ESCROW
  DATE   CDE  DATE      AMOUNT           PAID           PAID           PAID
  ------ --- ------ --------------- ------------- ------------- -------------
  101518 E10 120116     -235.00  PAYEE = 4024.04821              TELLER 32022
  110818 E20 010117    -1611.00  PAYEE = 4024.01715              TELLER 32022
  110918 R10 010117      136.49  PAYEE = 0000.00000              TELLER  5336




  END OF HISTORY

  INS BKR ▓▓▓▓
```